IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00508-PAB

In the matter of

ROYCE FERGUSON,

    Petitioner,

v.

EMILY FERGUSON,

    Respondent.

_____

## ORDER
_____

    This matter is before the Court on a review of the docket.  The Verified Application for Immediate Return of the Minor Children to Petitioner, and certain exhibits thereto [Docket No. 1], as well as the proposed Summons for Verified Application for the Immediate Return of the Minor Children ("Summons") [Docket No. 2] and the issued Summons [Docket No. 4] violate Fed. R. Civ. P. 5.2(a) by including the full names and/or dates of birth of minor children.  Therefore, it is

    **ORDERED** that Docket Nos. 1, 2, and 4 shall be restricted at Level One.  It is further

    **ORDERED** that, on or before **5:00 p.m.** on **Friday, March 2, 2012**, petitioner shall re-file without filing restrictions redacted copies of Docket Nos. 1 and 2 that comply with Federal Rule of Civil Procedure 5.2(a).  It is further

    **ORDERED** that the Clerk of the Court shall re-file without filing restrictions a

redacted copy of Docket No. 4 that reveals only the initials of the minor children.  The Clerk of the Court shall also remove the minor children's names from the Electronic Case Filing caption and replace them with the minor children's initials.

DATED February 29, 2012.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge