IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00508-PAB

ROYCE FERGUSON,

      Petitioner,

v.

EMILY FERGUSON,

      Respondent.

_____

**ORDER**
_____

The Court ordered [Docket No. 5] petitioner to re-file redacted copies of his

Verified Application for Immediate Return of the Minor Children to Petitioner [Docket

No. 1] and proposed Summons for Verified Application for the Immediate Return of the

Minor Children [Docket No. 2] that comply with Fed. R. Civ. P. 5.2(a) on or before 5:00

p.m. on Friday, March 2, 2012.  Petitioner has not complied with that order.

Furthermore, petitioner filed a Return of Service [Docket No. 6] on February 29, 2012

that violates Fed. R. Civ. P. 5.2(a).  Therefore, it is

      **ORDERED** that the Return of Service [Docket No. 6] shall be restricted at Level

One.  It is further

      **ORDERED** that, on or before **5:00 p.m.** on **Wednesday, March 7, 2012**,

petitioner shall re-file without filing restrictions redacted copies of Docket Nos. 1, 2 and

6 that comply with Federal Rule of Civil Procedure 5.2(a) and shall show cause why he

failed to comply with the Court's February 29 Order [Docket No. 5]

DATED March 6, 2012.

BY THE COURT:

s/Philip A. Brimmer

PHILIP A. BRIMMER
United States District Judge