IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00508-PAB

ROYCE FERGUSON,

    Petitioner,

v.

EMILY FERGUSON,

    Respondent.

_____

**ORDER**
_____

This matter is before the Court on petitioner's Unopposed Motion to Dismiss Without Prejudice [Docket No. 11]. Respondent has not filed an answer or any pleading. The Court being aware of the motion's premises, it is

**ORDERED** that petitioner's Unopposed Motion to Dismiss Without Prejudice [Docket No. 11] is GRANTED pursuant to Fed. R. Civ. P. 41(a)(1)(B). This case is dismissed without prejudice and shall be closed in its entirety.

DATED March 7, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge