IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00508-PAB

ROYCE FERGUSON,

    Petitioner,

v.

EMILY FERGUSON,

    Respondent.

_____

**ORDER**
_____

    This now-dismissed matter is before the Court on petitioner's failure to comply with orders of the Court. On February 29, 2012, the Court ordered [Docket No. 5] petitioner to re-file redacted copies of his Verified Application for Immediate Return of the Minor Children to Petitioner [Docket No. 1] and proposed Summons for Verified Application for the Immediate Return of the Minor Children [Docket No. 2] that comply with Fed. R. Civ. P. 5.2(a) on or before 5:00 p.m. on Friday, March 2, 2012. Petitioner failed to comply with that order. Therefore, on March 6, 2012, the Court ordered [Docket No. 8] that, on or before 5:00 p.m. on Wednesday, March 7, 2012, petitioner re-file without filing restrictions redacted copies of those documents, as well as the Return of Service [Docket No. 6], and that petitioner show cause why he failed to comply with the Court's February 29 order. On March 6, 2012, petitioner filed redacted copies of Docket Nos. 1 and 6. Petitioner, however, did not re-file Docket No. 2 or show cause why he failed to comply with the Court's order. Therefore, it is

**ORDERED** that, on or before **5:00 p.m.** on **Friday, March 9, 2012**, petitioner shall re-file without filing restrictions a redacted copy of Docket No. 2 that complies with Fed. R. Civ. P. 5.2(a).  It is further

**ORDERED** that petitioner shall show cause why he failed to comply with the Court's February 29 and March 6 orders and why the Court should not impose some form of sanction for the repeated failure to comply with the Court's orders.

DATED March 8, 2012.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge